IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

CHRISTIAN BOOK DISTRIBUTORS, INC., )
AND CHRISTIANBOOK.COM LLC, )
)
                Plaintiffs, ) Civil Action No. 1:08cv353
)
v. ) The Honorable Claude M. Hilton
)
DIGITAL HELIX INTERACTIVE, INC., ) Next Motions Hearing – 10:00 a.m.,
BRIAN MASIN and JOHN MASIN, ) April 25, 2008
)
                Defendants. )

FILED APR 24 2008
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

## ORDER GRANTING LEAVE TO TAKE EXPEDITED DISCOVERY

WHEREAS, undersigned counsel for Plaintiffs and Defendants seek discovery in this action in advance of the parties' Rule 26(f) conference and the Court's Rule 16(b) scheduling conference; and

WHEREAS, the Court concludes that expedited discovery may facilitate the resolution of this action;

NOW, THEREFORE, IT IS HEREBY ORDERED that Plaintiffs and Defendants have leave to immediately pursue deposition discovery – both from parties to this action and from third parties – in advance of the Rule 26(f) conference and this Court's Rule 16(b) scheduling conference in this action.

ENTERED THIS __24th__ DAY OF APRIL 2008.

                                            /s/
                                    Claude M. Hilton
                                    United States District Judge

SEEN AND AGREED TO:


___/s/_____
David W. O'Brien (VSB-14924)
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2595
Phone:     (202) 624-2864
Fax:       (202) 628-5116

Dated:     April 18, 2008

Counsel for Plaintiffs Christian Books Distributors, Inc.
    and Christianbook.com LLC


-     and     -


___/s/_____
Robert B. Baumgartner (VSB-17723)
ROBERT B. BAUMGARTNER & ASSOCIATES, PLC
10482 Armstrong Street
Fairfax, VA  22030
Phone:     (703) 273-1188
Fax:       (703) 352-4282

Counsel for Defendants Digital Helix Interactive, Inc.,
    Brian Masin and John Masin

Dated:     April 18, 2008.

2